1  CLAUDIA M. QUINTANA
   City Attorney, SBN 178613
2  **BY:** **FURAH Z. FARUQUI**
3  Deputy City Attorney, SBN 233083
   **CITY OF VALLEJO**, City Hall
4  555 Santa Clara Street, P.O. Box 3068
   Vallejo, CA  94590
5  Tel:    (707) 648-4545
6  Fax:    (707) 648-4687

7  Attorneys for Defendants: CITY OF VALLEJO and VALLEJO POLICE DEPARTMENT

8

9              UNITED STATES DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| LISA MOORE AND EUGENE MOORE, | Case No. |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANTS CITY OF VALLEJO AND VALLEJO POLICE DEPARTMENT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C § 1441(b)** |
| CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, | |
| Defendant. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

   **PLEASE TAKE NOTICE** that Defendants CITY OF VALLEJO and VALLEJO POLICE DEPARTMENT, hereby remove to this Court the State Court action described below:

   1. On October 11, 2013, an action was commenced in the Superior Court of the State of California, in and for the County of Solano, entitled *Lisa Moore and Eugene Moore v. City of Vallejo, Vallejo Police Department*, as Case Number FCS042485.

   2. As of the date of this notice, the Defendants have been served a copy of the Summons and Complaint in this action.

   3. This action is a civil complaint seeking damages for alleged violation of the following federal laws:

   42 U.S.C. § 1983 (First Cause of Action-*Monell* claim)

42 U.S.C. § 1983 (Second Cause of Action-Intentional Tort.)

14th Amendment of the United States Constitution (Exemplary Damages)

4. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 (Federal Question) and 28 U.S.C. § 1343 (Civil Rights) and is one that may be removed to this Court by defendant under 28 U.S.C. § 1441(b) in that the complaint arises under 42 U.S.C. § 1983.

5. The City of Vallejo and Vallejo Police Department are the only Defendants in this case.

6. To date, no other Defendants have been served properly with the summons and complaint and no other Defendants can consent to or join in this Notice of Removal: "A party not served need not be joined; the defendants summonsed can remove by themselves." *(Lopez v. BNSF Ry. Co., 614 F. Supp. 2d 1084, 1087.)*

7. Written notice of the filing of this Notice of Removal is being served upon Plaintiffs concurrently.

8. A true and correct copy of this Notice of Removal is being filed concurrently with the Clerk of the Superior Court for the State of California, County of Solano.

9. A copy of the Summons and Complaint served by Plaintiffs is attached hereto as Exhibit "A."

DATED: March 11, 2014

Respectfully submitted,

_____
FURAH Z. FARUQUI
Deputy City Attorney
Attorney for Defendants, CITY OF VALLEJO
and VALLEJO POLICE DEPARTMENT

# EXHIBIT A

SUM-100

## SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, THE CITY CLERK CITY OF VALLEJO DOES 1-50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
EUGENE and LISA MOORE

RECEIVED 2014 FEB 11 AM 9:12

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

RECEIVED

FEB 1 1 2014

CITY ATTORNEY'S OFFICE
CITY OF VALLEJO

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SOLANO COUNTY SUPERIOR COURT
321 TUOLUMNE STREET, VALLEJO, CA 94590

**CASE NUMBER:**
*(Número del Caso):*
FCS 042485

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Eugene and Lisa Moore, 5412 Santa Teresa Ave., Santa Rosa, CA 95409 (707) 477-5156

DATE: OCT 1 1 2013       Clerk, by G. Ureta, Deputy
*(Fecha)*                *(Secretario)*          *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> Eugene and Lisa Moore <br> 5412 Santa Teresa Avenue <br> Santa Rosa, CA 95409 <br><br> TELEPHONE NO: (707) 477-3150   FAX NO. *(Optional):* <br> E-MAIL ADDRESS *(Optional):* <br> ATTORNEY FOR *(Name):* In Pro Per | FOR COURT USE ONLY <br><br> **ENDORSED FILED** <br> Clerk of the Superior Court <br><br> OCT 1 1 2013 <br><br> G. Ureta <br> By_____ <br> DEPUTY CLERK <br><br> **RECEIVED** <br><br> FEB 1 1 2014 <br><br> CITY ATTORNEY'S OFFICE <br> CITY OF VALLEJO <br><br> ASSIGNED TO <br> JUDGE __PAUL L. BEEMAN__ <br> FOR ALL PURPOSES <br> *effective - 1-1-14* |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO <br> STREET ADDRESS: 321 TUOLUMNE STREET <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: VALLEJO, CA 94590 <br> BRANCH NAME: | |
| PLAINTIFF: LISA MOORE AND EUGENE MOORE <br><br> DEFENDANT: CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT <br><br> [✓] DOES 1 TO 50 | |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** <br> [ ] AMENDED *(Number):* <br> Type *(check all that apply):* <br> [ ] MOTOR VEHICLE   [✓] OTHER *(specify):* Civil Rights Violations <br> [ ] Property Damage   [✓] Wrongful Death <br> [ ] Personal Injury   [ ] Other Damages *(specify):* | |
| Jurisdiction *(check all that apply):* <br> [ ] ACTION IS A LIMITED CIVIL CASE <br> Amount demanded [ ] does not exceed $10,000 <br> [ ] exceeds $10,000, but does not exceed $25,000 <br> [✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000) <br> [ ] ACTION IS RECLASSIFIED by this amended complaint <br> [ ] from limited to unlimited <br> [ ] from unlimited to limited | CASE NUMBER: <br><br> FCS 042485 |

1. Plaintiff *(name or names):* LISA MOORE and EUGENE MOORE
   alleges causes of action against defendant *(name or names):*
   CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, Does 1-50
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use <br> Judicial Council of California <br> PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** | Code of Civil Procedure, § 425.12 <br> www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: MOORE v. CITY OF VALLEJO, et al | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant *(name):* City of Vallejo
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☑ a public entity *(describe):*
          City entity
      (5) ☐ other *(specify):*

   c. ☑ except defendant *(name):* Vallejo Police Depart.
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☑ a public entity *(describe):*
          Police Department
      (5) ☐ other *(specify):*

   b. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: MOORE v. CITY OF VALLEJO, et al | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other *(specify):*
   Wrongful death; Vallejo Police officers shot and killed our son, Jeremiah Eugene Moore on October 21, 2012, in Vallejo, CA.

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☐ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage *(specify):*
   Loss of support, loss of companionship, violation of 14th Amendment right to enjoy family relations with son

12. ☒ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☒ as follows:
   Plaintiffs are the parents of decedent and legal heir of Jeremiah Eugene Moore.

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☒ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
   All paragraphs herein.

Date: 10/11/13

EUGENE MOORE
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: MOORE v. CITY OF VALLEJO, et al. | CASE NUMBER: |
|---|---|

FIRST **CAUSE OF ACTION—General Negligence**   Page __4__
(number)

ATTACHMENT TO  ☑ Complaint  ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Lisa and Eugene Moore

alleges that defendant *(name)*: CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT

☑ Does 1 to 50

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: October 21, 2012
at *(place)*: Vallejo, CA

*(description of reasons for liability)*:
Defendants, each of them, negligently supervised Vallejo Police Officers in their use of deadly force. Defendants, each of them, concealed the conduct of these officers, and denied access to information regarding the shooting of Jeremiah Eugene Moore to Plaintiffs.

Defendants, each of them, including the Chief of Police for the Vallejo Police Department, had a duty to adequately train, supervise and discipline their police officers in order to protect members of the public, including decedent, Jeremiah Eugene Moore, from being harmed unnecessarily.

Said defendants, and each of them, were deliberately indifferent to such duties and thereby proximately caused injury to Plaintiffs as complained herein.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PLD-PI-001(3)

| SHORT TITLE: MOORE v. CITY OF VALLEJO, et al. | CASE NUMBER |
|---|---|

__SECOND__ **CAUSE OF ACTION—Intentional Tort**   Page __5__
 (number)

ATTACHMENT TO  ☑ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: LISA and EUGENE MOORE

 alleges that defendant *(name)*: CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT

 ☑ Does 1 to 50

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*: October 21, 2012
at *(place)*: Vallejo, California

*(description of reasons for liability)*:
It is believed that the City of Vallejo and the Vallejo Police Department have engaged in a systematic cover-up of use of deadly force by Vallejo Police Officers and a policy of violations of civil rights guaranteed under the US Constitution (42 USC 1983) and the California Constitution.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Page 1 of 1
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(6)

| SHORT TITLE: MOORE v. CITY OF VALLEJO, et al. | CASE NUMBER: |
|---|---|

## Exemplary Damages Attachment

Page 6

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

EX-1. As additional damages against defendant *(name)*:
City of Vallejo, Vallejo Police Department, Does 1-50

Plaintiff alleges defendant was guilty of
[✓] malice
[ ] fraud
[ ] oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:
It is believed that by way of negligent supervision the Vallejo Police Department allowed particular officers to use deadly force when deadly force was not necessary. The decedent, Jeremiah Eugene Moore, was shot and killed when he was naked and unarmed.

EX-3. The amount of exemplary damages sought is
a. [X] not shown, pursuant to Code of Civil Procedure section 425.10.
b. [ ] $

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov