UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA MOORE, et al.,

         Plaintiffs,

  v.

CITY OF VALLEJO, et al.,

         Defendants.

No. 2:14-cv-656-JAM-KJN

ORDER

      On March 11, 2014, the instant action was removed to this court from the Solano County Superior Court. (ECF No. 2.) Because it appeared from the papers attached to the notice of removal that plaintiffs Lisa Moore and Eugene Moore were proceeding without counsel, the action was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21).

      Thereafter, on March 18, 2014, defendants City of Vallejo and Vallejo Police Department filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), which was noticed for hearing before the undersigned on May 8, 2014. (ECF No. 8.) Plaintiffs' opposition or statement of non-opposition to the motion pursuant to Local Rule 230 is presently due on April 24, 2014. However, on April 18, 2014, attorney Michael Joseph Haddad of the law firm Haddad & Sherwin filed a notice of appearance, indicating that Mr. Haddad and several other attorneys from his law firm would represent plaintiffs in this matter. (ECF No. 10.)

////

Local Rule 302(c)(21) provides that magistrate judges shall conduct all appropriate pre-trial proceedings in "actions in which all the plaintiffs or defendants are proceeding in propria persona, including dispositive and non-dispositive motions and matters. Actions initially assigned to a Magistrate Judge under this paragraph shall be referred back to the assigned Judge if a party appearing in propria persona is later represented by an attorney in accordance with L.R. 180." E.D. Cal. L.R. 302(c)(21).

In light of the appearance of counsel on plaintiffs' behalf, and with defendants also represented by counsel, neither all the plaintiffs nor all the defendants in this action are proceeding in propria persona. Therefore, further proceedings in this action, other than discovery motions and other matters appropriately referred to the undersigned under the court's Local Rules, should now be noticed before the United States District Judge assigned to this action.

Accordingly, IT IS HEREBY ORDERED that:

1. This matter, including the pending motion to dismiss (ECF No. 8) is referred to the United States District Judge assigned to this action. See E.D. Cal. L.R. 302(c)(21).
2. All dates pending before the undersigned are VACATED. Defendants shall promptly re-notice the pending motion to dismiss for hearing on an available date before the assigned district judge, with briefing deadlines pursuant to Local Rule 230 to be computed based on the continued hearing date.
3. Henceforth the caption on documents filed in this action shall be No. 2:14-cv-656 JAM KJN.

IT IS SO ORDERED.

Dated: April 21, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE