**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, CITY OF VALLEJO POLICE CHIEF JOSEPH KREINS AND OFFICER SEAN KENNEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LISA MOORE and EUGENE MOORE, Individually and as Co-Successors in Interest of Decedent JEREMIAH EUGENE MOORE,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a public entity; CITY OF VALLEJO POLICE CHIEF JOSEPH KREINS, in his individual and official capacities; OFFICER SEAN KENNEY, individually; and DOES 1–50, individually, jointly and severally,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-00656-JAM-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' AMENDED COMPLAINT AND [PROPOSED] ORDER** |

All parties, by and through their respective counsel of record in this matter, hereby stipulate that Defendants CITY OF VALLEJO, CITY OF VALLEJO POLICE CHIEF JOSEPH KREINS and OFFICER SEAN KENNEY may file a Responsive Pleading to the First Amended Complaint by June 30, 2014.

DATED:  May 15, 2014           CITY OF VALLEJO
OFFICE OF THE CITY ATTORNEY


/s/ *Furah Z. Faruqui*
FURAH Z. FARUQUI
Deputy City Attorney
Attorney for all Defendants


DATED: May 15, 2014           HADDAD & SHERWIN


/s/ *Michael J. Haddad*
MICHAEL J. HADDAD
Attorney for all Plaintiffs,
CITY OF VALLEJO


Based on the above stipulation, the court hereby orders that Defendants may file a Responsive Pleading to the First Amended Complaint by June 30, 2014.

IT IS SO ORDERED.


DATED: _____

JOHN A. MENDEZ
United States District Judge

---

Case No. 2:14-cv-00656-JAM-KJN      STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' TO FILE A RESPONSIVE PLEADING