**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, CITY OF VALLEJO POLICE CHIEF JOSEPH KREINS AND OFFICER SEAN KENNEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LISA MOORE and EUGENE MOORE, Individually and as Co-Successors in Interest of Decedent JEREMIAH EUGENE MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a public entity; CITY OF VALLEJO POLICE CHIEF JOSEPH KREINS, in his individual and official capacities; OFFICER SEAN KENNEY, individually; and DOES 1–50, individually, jointly and severally,<br><br>Defendants. | Case No. 2:14-cv-00656-JAM-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' AMENDED COMPLAINT AND ORDER** |

All parties, by and through their respective counsel of record in this matter, hereby stipulate that Defendants CITY OF VALLEJO, CITY OF VALLEJO POLICE CHIEF JOSEPH KREINS and OFFICER SEAN KENNEY may file a Responsive Pleading to the First Amended Complaint by June 30, 2014.

1  DATED:  May 15, 2014                    CITY OF VALLEJO
2                                          OFFICE OF THE CITY ATTORNEY
3
4                                          /s/ *Furah Z. Faruqui*
                                           FURAH Z. FARUQUI
5                                          Deputy City Attorney
                                           Attorney for all Defendants
6
7  DATED: May 15, 2014                     HADDAD & SHERWIN
8
9                                          /s/ *Michael J. Haddad*
                                           MICHAEL J. HADDAD
10                                         Attorney for all Plaintiffs,
                                           CITY OF VALLEJO
11
12

13       Based on the above stipulation, the court hereby orders that Defendants may file a
14  Responsive Pleading to the First Amended Complaint by June 30, 2014.
15       IT IS SO ORDERED.
16
17  DATED:  May 16, 2014                    /s/ JOHN A. MENDEZ
                                           JOHN A. MENDEZ
18                                          United States District Judge

Case No. 2:14-cv-00656-JAM-KJN            STIPULATION FOR EXTENSION OF
                                          TIME FOR DEFENDANTS' TO FILE
                                          A RESPONSIVE PLEADING

-2-