MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs
Lisa Moore and Eugene Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MOORE and EUGENE MOORE, Individually and as Co-Successors in Interest of JEREMIAH EUGENE MOORE, Deceased,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF VALLEJO, a public entity; CITY OF VALLEJO POLICE CHIEF JOSEPH KREINS, in his individual and official capacities; OFFICER SEAN KENNEY, individually; and DOES 1–20, individually, jointly and severally,<br><br>Defendants. | Case No. 2:14-cv-00656-JAM-KJN<br><br>**DECLARATION OF T. KENNEDY HELM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date: August 20, 2014<br>Time: 9:30 a.m.<br>Location: Courtroom 6 |

2:14-cv-00656-JAM-KJN: DECL. OF T. KENNEDY HELM IN SUPPORT OF PLFS' OPPO. TO DEFS' MOT. TO DISMISS  1

STATE OF CALIFORNIA    )
                       )
COUNTY OF ALAMEDA      )

I, T. KENNEDY HELM, attest and declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California, and I have been admitted to practice before this Court.

2. I am one of the attorneys for Plaintiffs Eugene Moore and Lisa Moore in this matter.

3. I have personal knowledge of the facts stated in this declaration. If called upon to testify to same, I am competent to do so.

4. Attached hereto as **Exhibit A** is a true and correct copy of a letter dated April 11, 2008, from David W. Paulson, Solano County District Attorney, to Vallejo Police Chief Robert Nichelini regarding an officer involved fatal shooting on September 3, 2007.

5. Attached hereto as **Exhibit B** is a true and correct copy of a letter dated July 6, 2009, from David W. Paulson, Solano County District Attorney, to Vallejo Police Chief Robert Nichelini regarding an officer involved fatal shooting on October 23, 2008.

6. Attached hereto as **Exhibit C** is a true and correct copy of a letter dated November 17, 2009, from David W. Paulson, Solano County District Attorney, to Vallejo Police Chief Robert Nichelini regarding an officer involved fatal shooting on February 8, 2009.

7. Attached hereto as **Exhibit D** is a is a true and correct copy of a letter dated July 17, 2009, from David W. Paulson, Solano County District Attorney, to Vallejo Police Chief Robert Nichelini regarding an officer involved fatal shooting on June 14, 2009.

8. Attached hereto as **Exhibit E** is a true and correct copy of a letter dated July 13, 2010, from David W. Paulson, Solano County District Attorney, to Vallejo Police Chief Robert Nichelini regarding an officer involved fatal shooting on December 30, 2009.

9. Attached hereto as **Exhibit F** is a true and correct copy of a letter dated December 27, 2010, from David W. Paulson, Solano County District Attorney, to Vallejo Police Chief Robert Nichelini regarding an officer involved fatal shooting on June 15, 2010.

10. Attached hereto as **Exhibit G** is a true and correct copy of a letter, dated December 24, 2011, from Donald A. du Bain, Solano County District Attorney, to Vallejo Police Chief Robert Nichelini regarding an officer involved fatal shooting with a case number beginning with "10," which appears to indicate that the shooting happened in 2010.

11. Attached hereto as **Exhibit H** is a true and correct copy of a letter, dated April 19, 2012, from Donald A. du Bain, Solano County District Attorney, to Vallejo Police Chief Robert Nichelini, regarding an officer involved fatal shooting with a case number beginning with "10," which appears to indicate that the shooting happened in 2010.

12. Attached hereto as **Exhibit I** is a true and correct copy of a letter, dated November 29, 2012 from Donald A. du Bain, Solano County District Attorney, to Vallejo Police Chief Joseph M. Kreins regarding an officer involved fatal shooting with a case number beginning with "10," which appears to indicate that the shooting happened in 2010.

13. Attached hereto as **Exhibit J** is a true and correct copy of a letter, dated June 12, 2013, from Donald A. du Bain, Solano County District Attorney, to Vallejo Police Chief Joseph M. Kreins, regarding an officer involved fatal shooting with a case number beginning with "12," which appears to indicate that the shooting happened in 2012.

14. Attached hereto as **Exhibit K** is a true and correct copy of a letter, dated January 22, 2013, from Donald A. du Bain, Solano County District Attorney, to Vallejo Police Chief Joseph M. Kreins, regarding an officer involved fatal shooting on May 24, 2012.

15. Attached hereto as **Exhibit L** is a true and correct copy of a letter, dated December 4, 2013, from Donald A. du Bain, Solano County District Attorney, to Vallejo Police Chief Joseph M. Kreins, regarding an officer involved fatal shooting on July 4, 2012.

16. Attached hereto as **Exhibit M** is a true and correct copy of a letter, dated July 8, 2014, from Donald A. du Bain, Solano County District Attorney, to Vallejo Police Chief Joseph M. Kreins, regarding the shooting at issue in this case, which occurred on October 21, 2012.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing information is true and correct. Signed this 5th day of August 2014.

*/s/ T. Kennedy Helm*
T. KENNEDY HELM