**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687
E-mail: Furah.Faruqui@cityofvallejo.net

**MARK A. JONES, ESQ., SBN 96494**
Jones & Dyer
A Professional Corporation
1800 J Street
Sacramento, CA  95811
Tel:     (916) 552-5959
Fax:    (916) 442-5959
E-mail: mjones@jonesdyer.com

Attorneys for Defendants, CITY OF VALLEJO, JOSEPH KREINS AND SEAN KENNEY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LISA MOORE and EUGENE MOORE, Individually and as Co- Successors in Interest of Decedent JEREMIAH EUGENE MOORE, <br><br>Plaintiffs, <br>          vs. <br>CITY OF VALLEJO, a public entity; CITY OF VALLEJO POLICE CHIEF JOSEPH KREINS, in his individual and official capacities; OFFICER SEAN KENNEY, individually; and DOES 1-20, individually, jointly and severally, <br><br>         Defendants. | Case No. 2:14-CV-00656-JAM-KJN <br><br> **ASSOCIATION OF COUNSEL** |

//

//

---

**ASSOCIATION OF COUNSEL**
-1-

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that FURAH Z. FARUQUI, Deputy City Attorney, attorney of record for Defendants, CITY OF VALLEJO, JOSEPH KREINS AND SEAN KENNEY, herein, hereby associates MARK A. JONES of Jones & Dyer, as co-counsel for Defendants. The office address and telephone number of such associated counsel are as follows:

> MARK JONES, ESQ.
> Jones & Dyer
> A Professional Corporation
> 1800 J Street
> Sacramento, CA  95811
> Tel:     (916) 552-5959
> Fax:    (916) 442-5959

I have read the ASSOCIATION OF COUNSEL and consent to the foregoing.

DATED: November 19, 2015                    CITY OF VALLEJO

>                                                             /s/ - *Furah Z. Faruqui*
>                                                             FURAH Z. FARUQUI
>                                                             Deputy City Attorney
>                                                             Attorney for Defendants,
>                                                             CITY OF VALLEJO, JOSEPH KREINS and
>                                                             SEAN KENNEY

MARK A. JONES, ESQ., on behalf of Jones & Dyer, hereby accepts the above association.

DATED: November 19, 2015                    /s/- *Mark A. Jones*
                                                            MARK A. JONES, ESQ.
                                                            Jones & Dyer
                                                            Attorney for Defendants,
                                                            CITY OF VALLEJO, JOSEPH KREINS and
                                                            SEAN KENNEY