MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs
Lisa Moore and Eugene Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MOORE and EUGENE MOORE, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO, a public entity; VALLEJO POLICE DEPARTMENT, a public entity; and DOES 1–50, individually, <br><br> Defendants. | Case No. 2:14-cv-00656-JAM-KJN <br><br> **NOTICE OF UNAVAILABILITY OF PLAINTIFFS' COUNSEL** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN**:

Please take notice that Plaintiffs' counsel, HADDAD & SHERWIN LLP, will be out of the state and unavailable for any purpose from **December 14, 2015** through **December 21, 2015**. *See,* Tenderloin Housing Clinic v. Sparks, 8 Cal. App.4th 299 (1992).

2:14-cv-00656-JAM-KJN: NOTICE OF UNAVAILABILITY OF PLAINTIFFS' COUNSEL        1

| | |
|---|---|
| Dated: December 8, 2015 | HADDAD & SHERWIN LLP |

        /s/ *Julia Sherwin*

        JULIA SHERWIN
        Attorneys for Plaintiffs