```
MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
GLENN KATON (State Bar No. 281841)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs
Lisa Moore and Eugene Moore
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA MOORE and EUGENE MOORE, Individually, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF VALLEJO, a public entity; VALLEJO POLICE DEPARTMENT, a public entity; and DOES 1-50, individually, <br><br> Defendants. | Case No. 2:14-cv-00656-JAM-KJN <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Glenn Katon of Haddad & Sherwin LLP, 505 Seventeenth Street, Oakland, CA 94612, hereby enters appearance on behalf of Plaintiffs in the above-captioned matter as counsel to be noticed.  Counsel's email address, for purposes

of receipt of Notices of Electronic Filing, is:

glenn.katon@sbcglobal.net.

DATED:  March 14, 2016                HADDAD & SHERWIN LLP


/s/ Glenn Katon

GLENN KATON

Attorneys for Plaintiffs