MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
GLENN KATON (State Bar No. 281841)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs
Lisa Moore and Eugene Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

LISA MOORE and EUGENE MOORE,
Individually and as Co-Successors in
Interest of Decedent JEREMIAH
EUGENE MOORE,

            Plaintiffs,

vs.

CITY OF VALLEJO, a public entity;
CITY OF VALLEJO POLICE CHIEF
JOSEPH KREINS, in his individual and
official capacities; OFFICER SEAN
KENNEY, individually; and DOES 1–50,
individually, jointly and severally,

            Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:14-cv-00656-JAM-KJN

Hon. John A. Mendez

**PLAINTIFFS' NOTICE OF TENTATIVE SETTLEMENT AND REQUEST TO VACATE SCHEDULING ORDER DATES**

TO THE COURT AND ALL COUNSEL OF RECORD, PLEASE TAKE NOTICE:

On April 12, 2016, before the Honorable James Larson (Retired), the parties reached a tentative settlement in this matter, subject to approval by the Vallejo City Council.  The approval process should be completed within the next two weeks and defense counsel will promptly notify Plaintiffs and the Court of the outcome of the approval process. Based on the tentative settlement, Plaintiffs and Defendants request that this Court vacate all dates in this matter, including all pretrial dates, and trial.

DATED:  April 20, 2016                    HADDAD & SHERWIN LLP

/s/ Michael J. Haddad
MICHAEL J. HADDAD
Attorneys for Plaintiffs LISA MOORE
and EUGENE MOORE

BERTRAND, FOX, ELLIOT,
OSMAN & WENZEL, P.C.

/s/ Richard Osman*
RICHARD OSMAN
Attorneys for Defendants CITY OF VALLEJO,
JOSEPH KREINS, and SEAN KENNEY

*Mr. Osman provided his consent that this document be electronically filed.