MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs
Lisa Moore and Eugene Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MOORE and EUGENE MOORE, Individually and as Co-Successors in Interest of Decedent JEREMIAH EUGENE MOORE,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF VALLEJO, a public entity; CITY OF VALLEJO POLICE CHIEF JOSEPH KREINS, in his individual and official capacities; OFFICER SEAN KENNEY, individually; and DOES 1–50, individually, jointly and severally,<br><br>Defendants. | Case No. 2:14-cv-00656-JAM-KJN<br><br>Hon. John A. Mendez<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

2:14-cv-00656-JAM-KJN: STIP. OF DISMISSAL WITH PREJUDICE & PROP. ORD.

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that pursuant to the settlement between the parties in this matter, the above-captioned action be dismissed with prejudice in its entirety, all parties to bear their own attorneys' fees and costs.

Dated: May 26, 2016                                    BERTRAND, FOX, ELLIOT,
                                                       OSMAN & WENZEL

                                             By:  /s/ *Richard W. Osman*\*
                                                  RICHARD W. OSMAN
                                                  Attorneys for Defendants
                                                  CITY OF VALLEJO,
                                                  CHIEF JOSEPH KREINS, and
                                                  OFFICER SEAN KENNEY

Dated: May 26, 2016                                    HADDAD & SHERWIN LLP

                                             By:  /s/ *T. Kennedy Helm*
                                                  T. KENNEDY HELM
                                                  Attorneys for Plaintiffs LISA MOORE
                                                  and EUGENE MOORE

\*Mr. Osman provided his consent that this document be electronically filed.

### **ORDER**

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that plaintiffs' first amended complaint and action herein is dismissed in full and with prejudice in its entirety as to all defendants, all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 26, 2016

                                                  /s/ John A. Mendez
                                                  Hon. John A. Mendez
                                                  UNITED STATES DISTRICT COURT JUDGE